1  PHILIP M. MILLER (SBN 87877)
   KIMBERLY A. HANCOCK (SBN 205567)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com
   msicula@sjlawcorp.com
6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10               (SAN FRANCISCO DIVISION)

11 AUTOMOTIVE INDUSTRIES PENSION            Case No.:  C-10-04607 SBA
   TRUST FUND, BILL BRUNELLI, Trustee,
12 JAMES H. BENO, Trustee, STEPHEN J.       **JUDGMENT**
   MACK, Trustee, CHRIS CHRISTOPHERSEN,
13 Trustee, DON CROSATTO, Trustee, MARK
   HOLLIBUSH, Trustee, GEORGE HALL, JR.,
14 Trustee, CHARLES J. DI BARI, Trustee,
   DOUGLAS CORNFORD, Trustee, and
15 JAMES V. CANTERBURY, Trustee,

16              Plaintiffs,
   v.
17
   CAPITOL DODGE, INC., a California
18 corporation, doing business as HARTZHEIM
   DODGE,
19
                Defendant.
20

21     Defendant CAPITOL DODGE, INC., a California corporation, doing business as

22 Hartzheim Dodge, having failed to appear, its default having been entered, and upon application of

23 the Plaintiffs for a judgment by default,

24     IT IS HEREBY ORDERED as follows:

25     1.     The Court GRANTS Plaintiffs' Motion for Default Judgment.

26     2.     The Court enters judgment by default in favor of Plaintiffs and against Defendant

27 CAPITOL DODGE, INC., a California corporation, doing business as Hartzheim Dodge, in the

28 amount of $2,008,862.22 for assessed withdrawal liability, liquidated damages, interest through

                                    - 1 -                    [Proposed] JUDGMENT
                                                            CASE NO. C 10-04607 SAB

C:\DOCUME~1\WORKST~1\LOCALS~1\Temp\notes06E812\Proposed Default Judgment Armstrong.doc

**1**  April 15, 2011 and attorney's fees and costs together with interest at the rate of $312.01 per day

**2**  from April 16, 2011 through the date the Court enters judgment.

**3**        3.        Defendant is indebted and shall pay to Plaintiffs the total amount of $2,008,862.22,

**4**  plus interest at the rate of $312.01 per day from April 16, 2011, through the date of judgment

**5**  itemized as follows:

**6**            (a) Delinquent withdrawal liability assessed on September 30, 2010 in the amount

**7**  of $1,626,935.00;

**8**            (b) Liquidated damages on the delinquent withdrawal liability at 20% in the

**9**  amount of $325,387.00;

**10**            (c) Interest on the delinquent withdrawal liability through April 15, 2011 in the

**11**  amount of $38,373.22, as well as interest at the rate of $312.01 per day from April 16, 2011

**12**  through the date of the entry of this judgment;

**13**

**14**            (d) Attorneys' fees in the amount of $13,440.00;

**15**            (e) Costs incurred in the litigation of this matter in the amount of $4,727.00;

**16**        4.        IT IS FURTHER ORDERED that Defendant, CAPITOL DODGE, INC., a

**17**  California corporation, doing business as Hartzheim Dodge, promptly shall produce to Plaintiffs

**18**  pursuant to its obligation under ERISA §4219(a), 29 U.S.C. §1399(a) information to enable

**19**  Plaintiffs to determine withdrawal liability matters including but not limited to the following

**20**  documents:

**21**       (i)     Hartzheim's stock certificates and stock ledger,

**22**       (ii)     identification of other businesses or trades owned by owners of Hartzheim,

**23**       (iii)    documents showing percentage of ownership of Hartzheim's owners in other

**24**             businesses or trades, including stock certificates, stock ledgers and/or operating

**25**             agreements and membership interest certificates and ledger,

**26**       (iv)    Hartzheim's tax returns for years 2005 - 2007 and 2009,

**27**       (v)     tax returns of all owners of Hartzheim for the years 2005 – 2009,

**28**

[Proposed] JUDGMENT
CASE NO. C 10-04607 SAB

C:\DOCUME~1\WORKST~1\LOCALS~1\Temp\notes06E812\Proposed Default Judgment Armstrong.doc

1
       (vi)     Hartzheim's annual financial statements, both audited and unaudited, prepared on

2
               or after January 1, 2005,

3
       (vii)    Hartzheim's accounting records for years ending on or after January 1, 2005,

4
               including the general ledger, trial balance, accounts payable journal and cash

5
               disbursements journal,

6
       (viii)   lease agreement for the dealership property,

7
       (ix)     all notes or loans between Hartzheim and any owner(s), and

8
       (x)      any other information or documents requested by Plaintiffs reasonably necessary to

9
               determine members of Hartzheim's control group and whether any transactions to

10
               evade or avoid withdrawal liability have occurred.

11

12  IT IS SO ORDERED AND ADJUDGED.

13

14

15  Dated: __6/14/11                      _____

16                             HON. SAUNDRA BROWN ARMSTRONG
                              UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                  [Proposed] JUDGMENT
                              CASE NO. C 10-04607 SAB