| | AT-138, EJ-125 |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*<br>Kimberly A. Hancock, Esq. (SBN: 205567)<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104<br>TELEPHONE NO.: 415-882-7900   FAX NO.: 415-882-9287<br>ATTORNEY FOR *(Name):* Plaintiffs | **FOR COURT USE ONLY** |
| NAME OF COURT: United States District Court<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, California 94102<br>BRANCH NAME: Northern District of California | |
| PLAINTIFF: Automotive Industries Pension Trust Fund, et al. | |
| DEFENDANT: Capitol Dodge, Inc., a California Corporation, et al. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[✓] **ENFORCEMENT OF JUDGMENT**   [✓] **ATTACHMENT (Third Person)**<br>[ ] Judgment Debtor   [✓] Third Person | **CASE NUMBER:**<br>C-10-04607 SBA [MEJ] |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name):* CCP 708.120; Glenn N. Hartzheim, Jr., as Judgment Debtor Capitol Dodge, Inc.'s Chief Financial Officer
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [✓] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: 9/19/2011 | Time: 9:30 a.m. | Dept. or Div.: | Rm.: Courtroom B - 15th Fl. |
|---|---|---|---|
| Address of court [✓] shown above [ ] is: | | | |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name):*

Date: 8-4-11

**Maria Elena James**
JUDGE OR ~~United States Chief~~ Magistrate Judge

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [✓] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name):* Glenn N. Hartzheim, Jr., as Judgment Debtor to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.   Capitol Dodge, Inc.'s Chief Financial Officer
5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [✓] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: July 13, 2011

Kimberly A. Hancock, Esq.
(TYPE OR PRINT NAME)                                        (SIGNATURE OF DECLARANT)

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120 |