September 8, 2011

**VIA E-FILING & MESSENGER**

Chief Magistrate Judge Maria-Elena James
San Francisco Courthouse
Courtroom B - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Automotive Industries Pension Trust Fund, et al.,  v. Capitol Dodge, Inc.**
      **Case No. C 10-04607 SBA [MEJ]**
      **Debtor's Examination:       September 19, 2011**
      **Time:                       9:30 a.m.**

Dear Chief Magistrate Judge James:

In order to preserve judicial economy and to minimize attorneys' fees and costs incurred, counsel for Plaintiffs, Automotive Industries Pension Trust Funds, et al., respectfully request the Court to remove the debtor's examination of Glenn Hartzheim, Jr. from the Court calendar currently scheduled for September 19, 2011 until further notice.  Plaintiffs' counsel has subpoenaed and obtained financial documents of the Judgment Debtor from the Judgment Debtor's accountants' office and requires time to review and determine whether or not a debtor's examination will be required.

Respectfully submitted,

SALTZMAN & JOHNSON LAW CORPORATION

By:  _____/S/_____
     Kimberly A. Hancock
     Attorneys for Plaintiffs,
     Automotive Industries Pension Trust Fund, et al.

Dated:  9/13/11



P:\CLIENTS\AUTPF\W\CASES\Hartzheim\PLEADINGS\Post-Judgment Letter to Chief Magistrate Judge James 090811.doc