**SALTZMAN & JOHNSON**
LAW CORPORATION

| | | |
|---|---|---|
| RICHARD C. JOHNSON<br>ISAIAH B. ROTER<br>PHILIP M. MILLER<br>RUSSELL L. RICHEDA<br>MURIEL B. KAPLAN<br>MICHELE R. STAFFORD<br>KRISTEN McCULLOCH<br>SHAAMINI A. BABU<br>BRANDIE M. BARROWS<br>BLAKE E. WILLIAMS<br>KIMBERLY A. HANCOCK<br>ANNE M. BEVINGTON<br>JULIE A. OSTIL | 44 MONTGOMERY STREET, SUITE 2110<br>SAN FRANCISCO, CA 94104<br>PHONE: (415) 882-7900<br>FAX: (415) 882-9287<br>email@sjlawcorp.com | WARREN H. SALTZMAN<br>(1925-1988)<br><br>JULIE JELLEN, PARALEGAL<br>VANESSA DE FÁBREGA, PARALEGAL<br>QUI LU, PARALEGAL<br>ELISE THURMAN, PARALEGAL<br>BARBARA SAVINO, PARALEGAL<br>JONATHAN SHA, PARALEGAL |

January 19, 2012

**VIA E-FILING & MESSENGER**

Chief Magistrate Judge Maria-Elena James
San Francisco Courthouse
Courtroom B - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Automotive Industries Pension Trust Fund, et al., v. Capitol Dodge, Inc.**
       **Case No. C 10-04607 SBA [MEJ]**
       **Debtor's Examination:**    **January 25, 2012**
       **Time:**                    **9:30 a.m.**

Dear Chief Magistrate Judge James:

Despite numerous attempts, plaintiffs have been unsuccessful serving Judgment Debtor Glenn Hartzheim, Jr. Plaintiffs respectfully request the Court to remove the debtor's examination of Glenn Hartzheim, Jr. from the Court calendar currently scheduled for January 25, 2012 until further notice.

                              Respectfully submitted,

                              SALTZMAN & JOHNSON LAW CORPORATION

                              By:_____/S/_____
                                  Kimberly A. Hancock
                                  Attorneys for Plaintiffs,
                                  Automotive Industries Pension Trust Fund, et al.



Dated: 1/20/2012